# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECICUT

2011 FEB 24  PM 1:30

IN RE:                                                    ) CHAPTER 13

**JEFF F. ZYGMONT**                                       ) CASE NUMBER  09-32810LMW

## PAYMENT OF UNCLAIMED FUNDS TO CLERK

Pursuant to Bankruptcy Court section 347(a) and Bankruptcy Rule 3011, **Molly T. Whiton,** hereby submits a check from the above captioned case undistributed funds unclaimed by the following:

Check #                          Amt                          .66

399787                           $00.66                       # 214504

**WACHOVIA BANK, A WELLS FARGO COMPANY**
**PAYMENT PROCESSING**
**P. O. BOX 45038**
**JACKSONVILLE, FL 32232**
**OVER 90 DAYS**

Dated at Hartford, Connecticut this            day of            , 2010.

_____/s/_____
Molly T. Whiton
Chapter 13 Standing Trustee
10 Columbus Blvd., Hartford, CT 06106
Tele:(860) 278-9410 Fax:(860) 527-6185
Fed Id# 02214 e-mail: mtwhiton@mtwhiton.com

This is to certify that a copy hereof was mailed, prepaid, on the above date, to the following:

**Debtor: 15 ADAMS ST MERICEN CT 06450**
**Office of the U.S. Trustee:** USTPRegion02.NH.ECF@USDOJ.GOV
**Debtor's Counsel:** jeffersonhanna@sbcglobal.net

_____/s/_____
Molly T. Whiton, Chapter 13 Standing Trustee